**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Raymond PADILLA, Appellant.**

**No. 26754.**

United States Court of Appeals, Ninth Circuit.

July 16, 1971.

J. Frank McCabe (argued), of Defenders, Inc., San Diego, Cal., for appellant.

Shelby R. Gott, Asst. U. S. Atty. (argued), Robert H. Filsinger, Chief, Criminal Division, Harry D. Steward, U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges; and TAYLOR,* District Judge.

PER CURIAM:

The judgment of conviction in this case of conspiracy to smuggle certain narcotics into the United States is affirmed.

We find only a little, if any, direct evidence of Padilla's participation in a conspiracy but there was sufficient circumstantial evidence for the case to go to the jury.

Other assignments we find insubstantial.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eddie Mervin WHITTAKER, Freddie Williams, Appellants.**

**No. 26441.**

United States Court of Appeals, Ninth Circuit.

July 15, 1971.

Rehearing Denied Aug. 19, 1971.

Gary B. Fleischman, Beverly Hills, Cal., for appellants.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Criminal Division, John W. Hornbeck, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, TRASK and CHOY, Circuit Judges.

PER CURIAM:

The judgments of conviction in this narcotics case are affirmed.

Appellants' best point is a claim of prejudice in the dismissal of the indictment and reindictment—loss of witnesses.

We are unable to find that the district court's finding of no prejudice from the delay was clearly erroneous.

The mandate will issue forthwith.

* The Honorable Fred M. Taylor, Chief Judge, United States District Court, District of Idaho, sitting by designation.